USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

    vs.

JAMES ANDREW STILES, JR., and
EDWARD GRAY STILES, JR.,

        Defendants.

------------------------------------------------------------------------x

Civil Action
No. 23-cv-1523 (MKV)

~~PROPOSED~~ ORDER

    WHEREAS, on May 17, 2023, the Government submitted a motion seeking to intervene in this action and to stay this matter in its entirety in light of the pendency of the parallel criminal action *United States v. Stiles, et al.*, 23 Cr. 98 (RA) (the "Criminal Case"), in which an indictment has been returned; and

    WHEREAS, defendants James Andrew Stiles and Edward Gray Stiles consent to ~~the~~ a stay of this matter in its entirety;

    WHEREAS, the SEC takes no position on the Government's request to stay this matter in its entirety; and

    WHEREAS, the Court finds that a stay of this matter in its entirety is in furtherance of the interests of justice and will not prejudice any party; it is

    **ORDERED** that the Government's motion to intervene is GRANTED. It is further

    **ORDERED** that this matter is stayed in its entirety until the completion of the Criminal Case.

SO ORDERED.

*Mary Kay Vyskocil*                                     5/23/2023
HONORABLE MARY KAY VYSKOCIL          DATE
UNITED STATES DISTRICT JUDGE