USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

JAMES ANDREW STILES, Jr., a/k/a "Andrew Stiles," and EDWARD GRAY STILES, Jr., a/k/a "Gray Stiles,",

                Defendants.

1:23-cv-01523-MKV

**ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

On February 23, 2023, this matter was commenced by the filing of a Complaint. [ECF No. 1]. On May 23, 2023, this matter was stayed, on consent, pending the parallel criminal action. [ECF No. 20].

IT IS HEREBY ORDERED that on or before December 20, 2024, the parties shall submit a joint status letter advising the Court of the status of this case.

**SO ORDERED.**

**Date: December 6, 2024**
**New York, NY**

                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**